IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD GRANDE,            ) | |
|       Petitioner            ) | Civil Action No. 06-190 Erie |
|                   ) | District Judge McLaughlin |
| v.            ) | Magistrate Judge Baxter |
|                   ) | |
| GEORGE W. PATRICK, et al.,            ) | |
|       Respondents.            ) | |

## REPORT AND RECOMMENDATION

AND NOW, this 23rd day of August, 2006, after Petitioner presented a petition for a writ of habeas corpus which he seeks leave to prosecute in forma pauperis, and it appearing that he has an average monthly balance of $ 297.46 in his account at the State Correctional Institution at Houtzdale, Pennsylvania, which sum far exceeds the $5.00 filing fee required to commence this action, and it further appearing that requiring the Petitioner to pay the filing fee will not deprive him of any necessities of life at the prison,

It is recommended that leave to proceed in forma pauperis be denied.  Petitioner must pay the filing fee on or before September 23, 2006, or this case will be dismissed for failure to prosecute.

Petitioner shall have ten (10) days from the date of service in which to file written objections to this Report and Recommendation.  Failure to file timely objections may constitute a waiver of any appellate rights.

     S/Susan Paradise Baxter
     SUSAN PARADISE BAXTER
     Chief U.S. Magistrate Judge

cc: Richard Grande # DN-6842
    SCI Houtzdale
    P.O. Box 1000
    Houtzdale, PA  16698-1000