**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

RICHARD GRANDE,           )
        Petitioner,   )
                              )  Civil Action No. 06-190 Erie
v.           )
GEORGE W. PATRICK, et al.,   )
        Respondents.   )

## **MEMORANDUM ORDER**

This motion for leave to proceed in forma pauperis was received by the Clerk of Court on August 21, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 2], filed on August 23, 2006, recommended that Petitioner's motion be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondents. No objections were filed. After <u>de novo</u> review of the motion and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 13th day of September, 2006;

IT IS HEREBY ORDERED that the Petitioner's motion for leave to proceed in forma pauperis is DENIED.

The Report and Recommendation [Doc. No. 2] of Magistrate Judge Baxter, filed on August 23, 2006, is adopted as the opinion of the Court.

                                            s/   Sean J. McLaughlin
                                                 United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge